UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VESTER MILLS,

        Plaintiff,           No. 07-CV-13285

vs.                                  Hon. Gerald E. Rosen

BLAINE LAFLER, et al.,

        Defendant.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION, DENYING
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION,
AND DENYING DEFENDANT FIELDS' MOTION TO STRIKE
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AS MOOT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on      March 8, 2011

PRESENT:   Honorable Gerald E. Rosen
                   United States District Chief Judge

This matter having come before the Court on the February 10, 2011 Report and Recommendation of United States Magistrate Judge Mark A. Randon recommending that the Court (1) deny Plaintiff's Motion for Preliminary Injunction and (2) deny Defendant Fields' Motion to Strike Plaintiff's Motion for Preliminary Injunction as moot; and Plaintiff having timely filed objections to the R&R; and the Court having reviewed and considered the R&R and Plaintiff's objections thereto, and the entire record of this matter, and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **[Dkt. # 91]** is hereby adopted by the Court.

IT IS FURTHER ORDERED that Plaintiff's Motion for Preliminary Injunction **[Dkt. # 74]** is DENIED.

IT IS FURTHER ORDERED that Defendant Fields' Motion to Strike Plaintiff's Motion for Preliminary Injunction **[Dkt. # 75]** is DENIED, as moot.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  March 8, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 8, 2011, by electronic mail and upon Vester Mills, #208720, Macomb Correctional Facility, 34625 26 Mile Road, New Haven, MI 48048 by ordinary mail.

s/Ruth A. Gunther
Case Manager