UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VESTER MILLS, #208720,

        Plaintiff,                No. 07-CV-13285-DT

vs.                                  Hon. Gerald E. Rosen

BLAINE LAFLER, et al.,

        Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT
AS TO DEFENDANT LINDSEY, WITHOUT PREJUDICE

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on     February 29, 2012

        PRESENT:   Honorable Gerald E. Rosen
                                United States District Chief Judge

        This matter having come before the Court on the February 3, 2012 Report and Recommendation of United States Magistrate Judge Mark A. Randon recommending that the Court dismiss Plaintiff's claims against Defendant Nathan Lindsey for failure to prosecute; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's claims against Defendant Lindsey should be dismissed, without prejudice; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of February 3, 2012 **[Dkt. # 102]**, be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's claims against Defendant Nathan Lindsey are DISMISSED, without prejudice.

        s/Gerald E. Rosen  
        Chief Judge, United States District Court

Dated:  February 29, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 29, 2012, by electronic and/or ordinary mail.

        s/Ruth A. Gunther  
        Case Manager